IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NANCY GIAQUINTO, C.P.A., | **FILED UNDER SEAL** |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:18-CV-220 |
| | **JUDGE KLEEH** |
| HIGHLAND-CLARKSBURG HOSPITAL, INC.; RC GENERAL CONTRACTORS, INC.; M&L ELECTRIC LLC; ASSOCIATED ARCHITECTS, INC.; MICHAEL CASDORPH; PAUL TENNANT; and CHARLES NARY, | |
| Defendants. | |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. Civil Action No. 1:18-CV-220 be unsealed to permit the public to view certain filings in this matter;

2. the complaint be unsealed and served upon the defendants by the relator;

3. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

4. the seal be lifted as to all other matters occurring in this action after the date of this Order;

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States;

7. all orders of this Court shall be sent to the United States; and that

8. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this 2nd day of November, 2021.

BY THE COURT:

*Thomas S. Kleeh*
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

Copies to:

Stephanie K. Savino
Assistant United States Attorney
United States Attorney's Office
Northern District of West Virginia
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Stephanie.K.Savino@usdoj.gov

Michael D. Kass
Trial Attorney
United States Department of Justice
Civil Division
175 N Street NE, Room 9.1308
Washington, DC 20002
Michael.D.Kass@usdoj.gov

Darth M. Newman
Law Offices of Darth M. Newman LLC
1140 Thorn Run Rd
#601
Corapolis, PA 15108
darth@dnewmanlaw.com