UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NANCY GIAQUINTO, C.P.A., <br><br>  Plaintiff, <br><br>  - against - <br><br> HIGHLAND-CLARKSBURG HOSPITAL, INC.; RC GENERAL CONTRACTORS INC.; M&L ELECTRIC LLC; ASSOCIATED ARCHITECTS, INC.; MICHAEL CASDORPH; PAUL TENNANT; AND CHARLES NARY, <br><br>  Defendants. | Index No. 1:18-cv-220 <br><br> ORDER |

Upon consideration of Plaintiff-Relator's motion to restrict or seal certain exhibits filed with the First Amended Complaint and for good cause shown, it is ORDERED that:

1. The requested relief is GRANTED and the clerk is directed to seal or otherwise restrict access to Exhibits A, E, G, I, K, M, N, and O to the First Amended Complaint in this Action which appear at docket numbers 22-1, 22-5, 22-7, 22-11, 22-13, 22-14, and 22-15; and

2. The replacement exhibits filed with Plaintiff-Relator's motion shall be deemed filed with the First Amended Complaint.

SO ORDERED this 28th day of February, 2022.

BY THE COURT:

*Thomas S. Kleeh*
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE