# USPS Tracking®

FAQs >

Track Another Package +

Remove ×

**Tracking Number:** 70200640000038603100

Your item was delivered to an individual at the address at 3:19 pm on February 7, 2022 in CHARLESTON, WV 25302.

USPS Tracking Plus™ Available ∨

✓ **Delivered, Left with Individual**

February 7, 2022 at 3:19 pm
CHARLESTON, WV 25302

Get Updates ∨

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Sent
Postmark Here
Delvd 2-7-22
at 3:19 pm
QUI TAM

Sent To Associated Architects Inc
Street and Apt. No., or PO Box No. 318 Lee Street West
City, State, ZIP+4® Charleston, WV 25302

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 3860 3100

---

Text & Email Updates

Tracking History

USPS Tracking Plus™

Product Information

See Less ∧

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| UNITED STATE OF AMERICA ex rel. NANCY GIAQUINTO, C.P.A, <br><br> *Plaintiff(s)* <br> v. <br> HIGHLAND-CLARKSBURG HOSPITAL, INC.;R.C. GENERAL CONTRACTORS INC.; M&L ELECTRIC LLC; ASSOCIATED ARCHITECTS, INC.; MICHAEL CASDORPHY; PAUL TENNANT;AND CHARLES NAR <br> *Defendant(s)* | Civil Action No. 1:18-CV-220 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Associated Architects, Inc.
318 Lee Street West
Charleston, West Virginia 25302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Teresa C. Toriseva, Esq.          Darth Newman, Esq.
Toriseva Law                      Law Ofices of Darth M. Newman LLC
1446 National Road                1140 Thorn Run Road #601
Wheeling, WV 26003                Coraopolis, PA 15108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Dean Riley
CLERK OF COURT

L.M. Murphy
Signature of Clerk or Deputy Clerk

Date: 1·31·22