```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                          CLARKSBURG
```

**UNITED STATES OF AMERICA, ex rel.**
**NANCY GIAQUINTO, C.P.A.,**

      **Plaintiff,**

**v.**                                            **CIVIL ACTION NO. 1:18-CV-220**
                                                                                **(KLEEH)**

**HIGHLAND-CLARKSBURG HOSPITAL, INC.,**
**RC GENERAL CONTRACTORS INC.,**
**M&L ELECTRIC LLC, ASSOCIATED**
**ARCHITECTS, INC, MICHAEL CASDORPH,**
**PAUL TENNANT, and CHARLES NARY,**

      **Defendants.**

## FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED**:

    **1. Initial Planning Meeting on or before: April 4, 2022**

    **2. Meeting Report on or before:  April 18, 2022**

    **3. Initial Disclosures on or before: May 4, 2022**

    **4. Scheduling Conference:  if necessary**

(1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before **April 4, 2022**.  At

this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

(2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist** (see attached) on or before **April 18, 2022**.  The written report shall include the parties' report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f).  The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **May 4, 2022**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate.

*See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).  However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled, and a scheduling order will be entered.  *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, along with copies of this Court's Scheduling Order Checklist.

**DATED:** March 1, 2022

                                          /s/ Thomas S. Kleeh
                                         THOMAS S. KLEEH
                                         UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**UNITED STATES OF AMERICA,**

       **Ex-Relatione,**

**NANCY GIAQUINTO, C.P.A.,**

       **Plaintiff,**

v.                                                          **CIVIL ACTION NO. 1:18-CV-220
(KLEEH)**

**HIGHLAND-CLARKSBURG HOSPITAL, INC.,
RC GENERAL CONTRACTORS INC.,
M&L ELECTRIC LLC, ASSOCIATED
ARCHITECTS, INC, MICHAEL CASDORPH,
PAUL TENNANT, and CHARLES NARY,**

       **Defendants.**

**SCHEDULING ORDER CHECKLIST**

ATTORNEYS:

|  | DATE: |
|---|---|
| JOIN PARTIES OR AMEND PLEADINGS |  |
| PLAINTIFF EXPERT DISCLOSURE |  |
| DEFENDANT EXPERT DISCLOSURE |  |
| COMPLETION OF DISCOVERY |  |
| MEDIATION |  |

| | |
|---|---|
| DISPOSITIVE MOTIONS | |
| RESPONSE TO DISPOSITIVE MOTIONS | Within 21 days of the filing of the motion |
| REPLY TO DISPOSITIVE MOTIONS | Within 14 days of the filing of a Response |
| PRETRIAL DISCLOSURES, FED R. CIV. PRO. 26(a)3 | |
|     OBJECTIONS | |
| PROPOSED VOIR DIRE, JURY INSTRUCTIONS, VERDICT FORMS, & SPECIAL INTERROGATORIES | |
|     OBJECTIONS | |
| MOTIONS IN LIMINE | |
|     OBJECTIONS | |
| BIOGRAPHICAL SKETCHES | |
| JOINT PRE-TRIAL ORDER | |
| STIPULATION OF FACTS | |
| FINAL PRE-TRIAL/SETTLEMENT CONFERENCE | |
| TRIAL DATE (including number of days) | |
| For a non-jury trial, provide deadlines for Proposed Findings of Fact and Conclusions of Law* | |

\* Parties requesting a non-jury trial should adjust the deadlines included in the checklist accordingly.