# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia



| | |
|---|---|
| UNITED STATE OF AMERICA ex rel. NANCY GIAQUINTO, C.P.A, <br><br> *Plaintiff(s)* <br> v. <br> HIGHLAND-CLARKSBURG HOSPITAL, INC.;R.C. GENERAL CONTRACTORS INC.; M&L ELECTRIC LLC; ASSOCIATED ARCHITECTS, INC.; MICHAEL CASDORPHY; PAUL TENNANT;AND CHARLES NAR <br> *Defendant(s)* | Civil Action No. 1:18-CV-220 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Nary
4913 Elk River Road S
Big Chimney, West Virginia 25302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Teresa C. Toriseva, Esq.  Darth Newman, Esq.
Toriseva Law  Law Ofices of Darth M. Newman LLC
1446 National Road  1140 Thorn Run Road #601
Wheeling, WV 26003  Coraopolis, PA 15108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Dean Riley
CLERK OF COURT

Date: 1-31-22

L.M. Murphy
*Signature of Clerk or Deputy Clerk*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

**Postage**
$

**Total Postage and Fees**
$

**Sent To** Charles Nary    Qui Tam
**Street and Apt. No., or PO Box No.** P.O. Box 84
**City, State, ZIP+4®** Pinch, WV 25156

Sent 5/22
2-01-33
+2mi

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Rec'd 3-2-22

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Nary
P.O. Box 84
Pinch, WV 25156



9590 9402 6633 1028 9278 14

2. Article Number (Transfer from service label)

7020 0640 0000 3860 3223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Donna S Nary
☐ Agent
☒ Addressee

B. Received by (Printed Name)
Donna S Nary

C. Date of Delivery
APR 28 2022 PINCH, WV 25156

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt