```
            IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                       CLARKSBURG
```

**UNITED STATES OF AMERICA, ex rel.
NANCY GIAQUINTO, C.P.A.,**

      **Plaintiff,**

**v.**                                              CIVIL ACTION NO. 1:18-CV-220
                                                                              (KLEEH)

**HIGHLAND-CLARKSBURG HOSPITAL, INC.,
RC GENERAL CONTRACTORS INC.,
M&L ELECTRIC LLC, ASSOCIATED
ARCHITECTS, INC, MICHAEL CASDORPH,
PAUL TENNANT, and CHARLES NARY,**

      **Defendants.**

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND TO STAY**

Pending before the Court are Plaintiff's *Omnibus Motion for Extension of Time to Respond to Defendants' Motions to Dismiss Pursuant to Rule 12(b)(1)(A)* [ECF No. 44] and *Joint Motion for Extension of Time and to Stay Recovery* [ECF No. 51]. Defendants timely responded to the pending motion on March 7, 2022, noting their unopposed stance to a two-week extension or a stipulated briefing schedule. [ECF No. 50].

The Court finds, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, good cause exists for an extension of time. The parties' joint motion [ECF No. 51] is **GRANTED,** and Plaintiff is **DIRECTED** to file responses to Defendants' motions to dismiss [ECF Nos. 33, 35, 36] on or before **April 6, 2022.** The

deadlines set forth in the Court's First Order and Notice and all discovery are **STAYED** pending the resolution of the motions to dismiss. Plaintiff's motion [ECF No. 44] is **GRANTED as moot.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** March 10, 2022

/s/ Thomas S. Kleeh_____
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE