| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9-26 |
| 1. /<br><br>Associated Architects, Inc<br>#3 Players' Club Drive #A103<br>Charleston, WV 25311<br>1:18cv220 DE 79<br><br>‖ ‖ ‖‖‖‖‖ ‖‖‖ ‖‖‖ ‖ ‖‖ ‖ ‖‖ ‖ ‖‖‖ ‖ ‖ ‖ ‖ ‖‖‖ ‖‖‖ ‖ ‖ ‖‖‖<br>9590 9402 7205 1284 8689 04 | Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED<br>SEP 28 2022<br>U.S. DISTRICT COURT-WVND<br>CLARKSBURG WV 26301<br><br>☐ Adult Signature Restricted Delivery   ☐ Priority Mail Express®<br>☐ Certified Mail®                        ☐ Registered Mail™<br>☐ Certified Mail Restricted Delivery     ☐ Registered Mail Restricted Delivery<br>☐ Collect on Delivery                   ☒ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0001 3619 2139 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |