| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9·26 |

1. /

Paul Tennant
#3 Players' Club Drive #A103
Charleston, WV 25311
1:18cv220 DE 79

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7205 1284 8689 11

2. Article Number (Transfer from service label)

7021 2720 0001 3619 2146

is different from item 1?  ☐ Yes
very address below:  ☐ No

FILED

SEP 28 2022
U.S. DISTRICT COURT
ELKINS WV 26241

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt