```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                      CLARKSBURG
```

**UNITED STATES OF AMERICA, ex rel.
NANCY GIAQUINTO, C.P.A.,**

      **Plaintiff,**

**v.**                                             **CIVIL ACTION NO. 1:18-CV-220**
                                                                        **(KLEEH)**

**HIGHLAND-CLARKSBURG HOSPITAL, INC.,
RC GENERAL CONTRACTORS INC.,
M&L ELECTRIC LLC, ASSOCIATED
ARCHITECTS, INC., MICHAEL CASDORPH,
PAUL TENNANT, and CHARLES NARY,**

      **Defendants.**

## ORDER ADOPTING STIPULATION

On September 30, 2022, Plaintiff and Defendants RC General Contractor, M&L Electric LLC, Charles Nary, Michael Casdorph, and Highland-Clarksburg Hospital, Inc., by their respective counsel, filed *Stipulation to Extend Time to Answer First Amended Complaint* pursuant to the Local Rules of Civil Procedure. ECF No. 82.

The parties' joint stipulation [ECF No. 82] is **ADOPTED**. Therein, the parties stipulate that each Defendant has accepted service of the First Amended Complaint and summonses and waives any objections to the absence of a summons or of service. Id. Defendants RC General Contractor, M&L Electric LLC, Charles Nary, Michael Casdorph, and Highland-Clarksburg Hospital, Inc., shall answer the First Amended Complaint **on or before October 24, 2022.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: October 12, 2022

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA