# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA ex rel.**
**NANCY GIAQUINTO, C.P.A.,**

    **Plaintiff,**

vs.

**Case No.: 1:18-cv-220**
**Judge Thomas S. Kleeh**

**HIGHLAND-CLARKSBURG HOSPITAL,**
**INC., RC GENERAL CONTRACTORS, INC.,**
**M & L ELECTRIC LLC, ASSOCIATED**
**ARCHITECTS, INC., MICHAEL CASDORPH,**
**PAUL TENNANT, and CHARLES NARY,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system and that a true copy of "*Defendant Michael Casdorph's Rule 26(a)(1) Initial Disclosures,*" was served via email on November 28, 2022, to the following counsel of record.

Sandra K. Law, Esquire
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, West Virginia 26003
Phone: (304)233-3390
Fax: (304)233-2769
skl@schraderlaw.com
*Counsel for Plaintiff Relator*

Darth M. Newman
Law Offices of Darth M. Newman LLC
1140 Thorn Run Rd #601
Coraopolis, PA 15108
(412) 436-3443
darth@dnewmanlaw.com
*Counsel for Plaintiff Relator*

| | |
|---|---|
| Gabriele Wohl (WVSB #11132)<br>Marc Monteleone (WVSB #4609)<br>BOWLES RICE LLP<br>600 Quarrier Street<br>Charleston, WV 25301<br>(304) 347-1100<br>Fax: (304) 343-2867<br>gwohl@bowlesrice.com<br>mmonteleone@bowlesrice.com<br>Counsel for RC General Contractors, Inc. | Benjamin B. Ware (WVSB #10008)<br>R. Booth Goodwin, II (WVSB #7165)<br>Robert Stephen Pruett (WVSB #12683)<br>Goodwin & Goodwin, LLP<br>300 Summers Street, Ste. 1500<br>Charleston, WV 25328-2107<br>304-346-7000<br>Fax: 304-344-9692<br>bbw@goodwingoodwin.com<br>rsp@goodwingoodwin.com<br>rbg@goodwingoodwin.com<br>Counsel for M&L Electric LLC and Charles Nary |
| Esha Sharma Simon (WVSB #13461)<br>Dinsmore & Shohl LLP<br>215 Don Knotts Blvd.<br>Ste 310<br>Morgantown, WV 26501<br>304-225-1405<br>esha.simon@dinsmore.com | Patrick M. Hagan (pro hac vice)<br>Dinsmore & Shohl, LLP - Cincinnati<br>255 E. Fifth St.<br>Suite 1900<br>Cincinnati, OH 45202<br>(513) 977-8780<br>Fax: (513) 977-8141<br>patrick.hagan@dinsmore.com |
| Krysta K. Gumbiner (pro hac vice)<br>Dinsmore & Shohl LLP<br>222 W. Adams<br>Suite 3400<br>Chicago, IL 60606<br>(312) 775-1743<br>Fax: (312) 372-6085<br>krysta.gumbiner@dinsmore.com<br>Counsel for Highland-Clarksburg Hospital, Inc. | |

A hard copy will be served on the following via US Mail.

| | |
|---|---|
| Paul Tennant<br>#3 Players Club Drive, #A103<br>Charleston, WV 25311 | Associated Architects, Inc.<br>#3 Players Club Drive, #A103<br>Charleston, WV 25311 |

**MICHAEL CASDORPH,**
By Counsel.

*/s/ Michael B. Hissam*
Michael B. Hissam (WVSB #11526)