IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**UNITED STATES OF AMERICA, ex rel.
NANCY GIAQUINTO, C.P.A.,**

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:18-CV-220
                                              (KLEEH)

**HIGHLAND-CLARKSBURG HOSPITAL, INC.,
RC GENERAL CONTRACTORS INC.,
M&L ELECTRIC LLC, ASSOCIATED
ARCHITECTS, INC., MICHAEL CASDORPH,
PAUL TENNANT, and CHARLES NARY,**

    Defendants.

## ORDER

On June 22, 2023, the Court was notified that all matters in dispute between Plaintiff and Defendants **M&L Electric, LLC,** and **Charles Nary** have been resolved. ECF No. 146. For good cause shown, the Court **ORDERS** the parties to file, within 60 days of this order, a proposed dismissal order or an advisement as to why such a dismissal is not warranted.

    It is so **ORDERED.**

    The Court directs the Clerk to transmit copies of this Order to counsel of record and all unrepresented parties by certified mail, return receipt requested.

    **DATED:** June 22, 2023

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA